# IN THE UNITED STATES DISRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **BEVERLY BENNETT**<br>　　　　　Plaintiff, | CASE NO. 8:18-cv-1151 |
| v. | JUDGE: SUSAN C. BUCKLEW |
| **BANK OF AMERICA, N.A.**<br>　　　　　Defendant. | **NOTICE OF COMPLIANCE** |

In accordance with this Court's Order issued on June 25, 2018, (Doc. No. 20), the undersigned hereby submits his Notice of Compliance with Local Rule 2.02, of the Special Admission to Practice Governing the Admission and Practice of Attorneys of the United States District Court for the Middle District of Florida. The undersigned has completed the requirements and has registered for CM/ECF filing.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Marc E. Dann
　　　　　　　　　　　　　　　　　Marc Dann, Esq. Ohio Reg. #0039425
　　　　　　　　　　　　　　　　　The Dann Law Firm
　　　　　　　　　　　　　　　　　2728 Euclid Ave., Suite 300
　　　　　　　　　　　　　　　　　Cleveland, Ohio 44115
　　　　　　　　　　　　　　　　　T: 216-373-0539/F: 216-373-0536
　　　　　　　　　　　　　　　　　Email: mdann@dannlaw.com
　　　　　　　　　　　　　　　　　Service Email: notices@dannlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2018, a true and correct copy of the foregoing Notice was served by electronic means on all counsel or parties of record on the service list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Marc E. Dann
　　　　　　　　　　　　　　　　　Marc Dann, Esq. Ohio Reg. #0039425